# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY, | No. 2:13-cv-2514-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D. SISSON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion to dismiss plaintiff's second amended complaint (Doc. 23) and plaintiff's motion for an extension of time to respond thereto (Doc. 24). Good cause appearing therefor, plaintiff's request will be granted. Plaintiff may file a response within 30 days of the date of this order.

In addition, defendants' original motion to dismiss (Doc. 15) is still pending as an active motion. As plaintiff filed an amended complaint, and the defendants have filed a new motion to dismiss, the original motion to dismiss is now moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 24) is granted;

2. Plaintiff may file a response to the pending motion to dismiss within 30 days of the date of this order; and

3. The Clerk of the Court is directed to terminate the prior motion to dismiss (Doc. 15) as moot.

DATED: December 30, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE