UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>    Plaintiff,<br><br>    v.<br><br>D. SISSON, et al.,<br><br>    Defendant. | No.  2:13-cv-2514-GEB-CMK-P<br><br><br>**ORDER** |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On July 20, 2015, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  The findings and recommendations filed July 20, 2015, are adopted in full;

   2.  Defendants' motion to dismiss (Doc. 23) is granted in part and denied in part;

/ / /

3. Defendants' motion to dismiss the claims against defendant Dotson is granted, without leave to amend, and defendant Dotson is dismissed from this action;

4. Defendants' motion to dismiss the claims regarding defendant Sisson's treatment of the mental health report is granted, without leave to amend;

5. Defendants' motion to dismiss the claims against defendant Sisson for violation of plaintiff's due process rights in regards to the questioning of the witness is denied;

6. This action shall continue against defendant Sisson only;

7. Defendant Sisson shall file an answer to the complaint within 30 days of the date of this order; and

8. The Clerk of the Court is directed to update the docket in this case accordingly.

Dated: March 9, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge