UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>        Plaintiff,<br><br>    v.<br><br>D. SISSON, et al.,<br><br>        Defendant. | No. 2:13-cv-2514-GEB-CMK<br><br>**ORDER** |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On November 10, 2016, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 10, 2016, are adopted in full;
2. Plaintiff's motion to strike defendant's affirmative defenses (Doc. 30) is granted in part and denied in part;
3. Defendant's second affirmative defense for failure to allege facts sufficient to state a claim upon which relief can be granted is stricken; and
4. No other affirmative defense is stricken.

Dated: September 29, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge